# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

### SERVICE LIST

Woodward
04-2290

Parties Served by Electronic Means:

United States Trustee

Sheryl Schnittjer    slschnittjer@n-connect.net, IA20@ecfcbis.com

Parties Served by Non-Electronic Means:

Thomas Ray Woodward
5500 - 100th Ave.
Wyoming, IA 52362

Gary L. Culver
205 S. Maple Street
Wyoming, IA 52362

Gary L. Culver
PO Box 143
Wyoming, IA 52362

Entered on 9/1/2004 at 4:09 PM CDT and filed on 9/1/2004   jlh